# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5105**                                       **September Term, 2006**

07cv00537

Ann Powers,
    Appellant

v.

Department of Treasury
    Appellee



MANDATE — Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/14/07
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order __ Opinion __ Order on Costs

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUL 2 6 2007
CLERK

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**  Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's dismissal order, filed March 19, 2007, be affirmed. The district court did not abuse its discretion in dismissing appellant's complaint as clearly baseless and wholly incredible. See 28 U.S.C. § 1915A(b)(1); Denton v. Hernandez, 504 U.S. 25, 33 (1992); Neitzke v Williams, 490 U.S. 319, 328 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature], Deputy Clerk